UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JENIFER DUPRES, WILLIAM SOTO, DOMINGO TOLENTINO, and LUIS VIRUET, individually and on behalf of all persons similarly situated,<br><br>　　　　　　　　　　　　　　Plaintiffs,<br><br>-against-<br><br>HOUSLANGER & ASSOCIATES, PLLC, TODD HOUSLANGER, and BRYAN BRYKS,<br><br>　　　　　　　　　　　　　　Defendants. | **No. 19 Civ. 6691 (LDH) (SJB)**<br><br>**Oral Argument Requested**<br><br>**NOTICE OF MOTION FOR CLASS CERTIFICATION** |

PLEASE TAKE NOTICE, that upon the Memorandum of Law in Support of Plaintiffs' Motion for Class Certification and the Declaration of Jessica Ranucci, dated January 23, 2020, and the exhibits attached thereto, Plaintiffs, by their attorneys New York Legal Assistance Group ("NYLAG"), will move this Court before the Honorable LaShann DeArcy Hall, United States District Judge, at United States Courthouse for the Eastern District of New York, at 225 Cadman Plaza East, Brooklyn, New York, on a date to be determined by the Court, for an Order certifying the proposed Opposition Claims Class pursuant to Federal Rule of Civil Procedure 23(a), (b)(2), and (b)(3), naming Jenifer Dupres, William Soto, Domingo Tolentino, and Luis Viruet as the class representatives, and naming NYLAG class counsel pursuant to Federal Rule of Civil Procedure 23(g).

Dated: New York, New York
January 23, 2020

                                         Respectfully submitted,

                                         <u>/s/ Danielle F. Tarantolo</u>

                                         Danielle Tarantolo
                                         Jane Greengold Stevens
                                         Jessica Ranucci
                                         NEW YORK LEGAL ASSISTANCE GROUP
                                         7 Hanover Square
                                         New York, NY 10004
                                         (212) 613-5000
                                         dtarantolo@nylag.org

                                         *Counsel for Plaintiffs*