UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JENIFER DUPRES, WILLIAM SOTO,
DOMINGO TOLENTINO, and LUIS VIRUET,　　Case No. 1:19-cv-6691 (RPK)(SJB)
individually and on behalf of all persons
similarly situated,

　　　　　　　　　　　　　　　　　　　　　　**NOTICE OF MOTION**
　　　　　　　　Plaintiffs,

　　-against-

HOUSLANGER & ASSOCIATES, PLLC,
TODD HOUSLANGER, and BRYAN BRYKS,

　　　　　　　　Defendants.
------------------------------------------------------------X

**PLEASE TAKE NOTICE** that upon the Declaration of Brett A. Scher, dated September 25, 2020, the exhibits attached thereto, the accompanying Memorandum of Law and upon all the pleadings and proceedings had herein, Defendants will move this Court, before the Honorable Rachel P. Kovner, at the United States Courthouse for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York 11201, for an Order:

1)　　Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6), dismissing Plaintiff Jenifer Dupres' claims in their entirety, dismissing Plaintiff Luis Viruet's claims in their entirety, and dismissing Plaintiffs William Soto's and Domingo Tolentino's claims in part; and

2)　　Granting Defendants such other relief as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that, under the briefing schedule approved by the Court, Plaintiffs' opposition must be served and filed on or before October 26, 2020.

Dated:　Woodbury, New York
　　　　September 25, 2020　　　　　　　　**KAUFMAN DOLOWICH & VOLUCK, LLP**

　　　　　　　　　　　　　　　　By:　/s/ Brett A. Scher
　　　　　　　　　　　　　　　　　　　Brett A. Scher, Esq.
　　　　　　　　　　　　　　　　　　　Adam M. Marshall, Esq.
　　　　　　　　　　　　　　　　　　　*Attorneys for Defendants*
　　　　　　　　　　　　　　　　　　　135 Crossway Park Drive, Suite 201
　　　　　　　　　　　　　　　　　　　Woodbury, New York 11797
　　　　　　　　　　　　　　　　　　　(516) 681-1100

To:　All Counsel via ECF