

VIA ECF                                                                                                June 21, 2022

Hon. Sanket J. Bulsara
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    **Re:**    *Dupres et al. v. Houslanger & Assocs., PLLC et al.*, **No. 19 Civ. 6691 (RPK) (SJB)**

Dear Judge Bulsara:

       We represent Plaintiffs and the putative class in this action, and write jointly on behalf of all Parties. The Parties are pleased to report to the Court that we have reached final agreement on a class-wide Stipulation of Settlement, which was fully executed yesterday. Concurrently with this letter, the Parties are filing a Notice, Consent, and Reference of a Civil Action to a Magistrate Judge, so that Your Honor may take jurisdiction over the settlement approval process.

       Plaintiffs are preparing their Motion for Preliminary Approval, which they expect to file shortly. We respectfully request that, first, the Court extend the deadline to file the motion to Thursday, June 23; and second, that the Court permit Plaintiffs to file an oversized brief not to exceed 45 pages. Defendants consent to both of these requests.

                                                                                      Respectfully submitted,

                                                                                    /s/ Danielle Tarantolo

                                                                             _____

                                                                             Danielle Tarantolo
                                                                             Jessica Ranucci
                                                                             NEW YORK LEGAL ASSISTANCE GROUP
                                                                             100 Pearl Street, 19th Floor
                                                                             New York, NY 10004
                                                                             (212) 613-6551
                                                                             dtarantolo@nylag.org