RECEIVED IN PRO SE OFFICE
SEP 19 2022

September 14, 2022

To:
U.S. District Court for the Eastern District of New York
225 Cadman Plaza, Brooklyn, NY 11201

I am writing this letter to state that I Diana Farmer Object this settlement. I was not aware of any settlement form Houselanger regarding Soto v. Houslanger. I contacted the law firm via phone and left messages with receptions and never received a call back. I would like to know what this lawsuit is about. I can not agree or disagree with something I know nothing about.

Thank you for your time,

Diana Farmer
107 East 126 Street Apt 1Y
New York, NY 10035

**NOTICE OF PAYMENT ELIGIBILITY AND CLASS ACTION SETTLEMENT**

*Soto v. Houslanger & Associates, PLLC, et al.*, No. 19 Civ. 6691, U.S. District Court for the Eastern District of New York

You are receiving this notice because you are part of a proposed settlement of a class action lawsuit. The law firm Houslanger & Associates, PLLC collected on a New York City Civil Court judgment against you by garnishing your wages. or restraining your bank account.

If the settlement is approved by the Court and you submit a Claim Form by <u>**September 20, 2022**</u>, <u>**you will get a payment that will likely be at least $50, plus a refund of some of the money that you paid.**</u> And, Defendants have agreed to stop collecting on the judgment forever. To learn more and submit a claim form, visit:

<u>www.HouslangerSettlement.com</u>

NEOPOST
08/05/2022
US POSTAGE $000.44⁰
FIRST-CLASS MAIL
ZIP 55413
041M11297876

HOUSLANGER SETTLEMENT
C/O ATTICUS ADMINISTRATION
PO BOX 64053
SAINT PAUL MN 55164

3665136_N-1065

**Claimant ID:3665136**
DIANA FARMER
107 E 126TH ST 1Y
NEW YORK NY 10035

**Why Am I Getting This Notice?**

You are part of a Class Action Settlement in a case brought by New York City consumers against a law firm, Houslanger & Associates, PLLC, and two attorneys at the firm. This case is on behalf of a group of consumers (called a "class") like you who had judgments in New York City Civil Court that Defendants collected on by wage garnishment or bank restraint.

Both sides have agreed to a settlement. Right now, the lawyers are proposing a Settlement to the Class and the Court. After hearing from Class Members like you, the Court will decide whether to approve the Settlement.

You are eligible to receive a payment from the settlement that will likely be at least $50, but to get paid, you must submit a claim form by September 20, 2022. Also, as part of the proposed settlement, Defendants have agreed to stop collecting on the judgment against you forever. (But it is possible that someone else may collect on your judgment in the future. For help with that or other questions, visit the website or call the number below)

A. Submit a Claim Form: Submitting a Claim Form is the only way for you to get money! If you submit a valid Claim Form and the Settlement is approved, you will get a payment and Defendants will stop collecting on your account. But you will give up your rights to sue the Defendants on your own. Due Date: September 20, 2022.

B. Opt Out: If you opt out, you will not get any money from the Settlement. Defendants may keep collecting your account. But you could sue the Defendants on your own, at your own expense. Due Date: September 20, 2022.

C. Object: To object, you must tell the court, in writing, what you do not like about the Settlement. Even if you object, you will get the benefits described above as long as you submit a claim form and do not opt out. Due Date: September 20, 2022.

D. Do Nothing: If you do nothing, you will not get any money from the settlement, and you will give up your rights to sue the Defendants on your own. But, Defendants will stop collecting on your account.

**To Learn More and Submit a Claim Form, Visit:**

# www.HouslangerSettlement.com

If you have other questions, you can contact the settlement administrator at 1-800-578-9164


Diana Farmer
101 E 126 St
New York NY 10035
U.S. POSTAGE PAID
FCM LETTER
NEW YORK, NY
10035
SEP 16, 22
AMOUNT
$4.60
R2304W120503
1000
11201
7020 1810 0000 9945 6015
CERTIFIED MAIL
PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE
U.S. District Court of the
Eastern District of New York
225 Cadman Plaza, Brooklyn, NY 11201
11201-183299

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 19 2022 ★
BROOKLYN OFFICE