UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILLIAM SOTO, DOMINGO TOLENTINO, and LUIS VIRUET, individually and on behalf of all persons similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>HOUSLANGER & ASSOCIATES, PLLC, TODD HOUSLANGER, and BRYAN BRYKS,<br><br>Defendants. | No. 19 Civ. 6691 (SJB)<br><br>NOTICE OF MOTION FOR CERTIFICATION OF A SETTLEMENT CLASS AND FINAL APPROVAL OF CLASS ACTION SETTLEMENT |

PLEASE TAKE NOTICE, that upon the Memorandum of Law in Support of Plaintiffs' Motion for Certification of a Settlement Class and Final Approval of Class Action Settlement, and the September 30, 2022 Supplemental Declaration of Danielle Tarantolo in Support of Final Certification of a Settlement Class and Final Approval of Class Action Settlement and exhibits thereto, Plaintiffs, by their attorneys the New York Legal Assistance Group ("NYLAG"), will move this Court before the Honorable Sanket J. Bulsara, United States District Judge, at United States Courthouse for the Eastern District of New York, at 225 Cadman Plaza East, Brooklyn, New York, on October 11, 2022 at 12:00 p.m., for an Order:

(i) certifying this case as a class action for settlement purposes pursuant to Rule 23(a), (b)(2), and (b)(3) of the Federal Rules of Civil Procedure, on behalf of a class defined as "all individuals against whom Houslanger & Associates, PLLC, Todd Houslanger, or Bryan Bryks, on or after April 19, 2016, have issued an Execution on an Assigned Judgment obtained in New York City Civil Court";

(ii) appointing NYLAG as Class Counsel and approving Atticus Administration, LLC as the Class Administrator;

(iii) granting final approval to the settlement of this class action;

(iv) approving service awards to Named Plaintiffs;

(v) approving administration expenses;

(vi) awarding Plaintiff's counsel an attorneys' fees award; and

(vii) granting such other relief as the Court deems just and proper.

Dated: September 30, 2022
New York, New York

  /s/ Danielle Tarantolo

Danielle Tarantolo
Jessica Ranucci
NEW YORK LEGAL ASSISTANCE GROUP
100 Pearl Street, 19th Floor
New York, NY 10004
(212) 613-5000
dtarantolo@nylag.org

*Counsel for Plaintiffs*